IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-cv-1258-WYD-MEH

DIANA M. RODRIGUEZ, an individual,

      Plaintiff,

v.

SAFELITE GLASS CORP., a Delaware Corporation,
MICHAEL STORM, an individual,
MICHELLE ADY, an individual,
GENE SULLIVAN, an individual,
DEBBIE BATLINER, an individual, and
MIKE TAGUE, an individual,

      Defendants

---

## ORDER OF DISMISSAL

The parties filed a Joint Stipulation of Dismissal with Prejudice (# 98) on March 24, 2006.  After a careful review of the Stipulation and the file, the Court concludes that the case should be dismissed with prejudice.  Accordingly, it is

ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay her, his or its own costs and attorneys' fees.

Dated:  March 24, 2006

                    BY THE COURT:


                    s/ Wiley Y. Daniel
                    Wiley Y. Daniel
                    U. S. District Judge